ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant,*
*Capital One Services II, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ADELINA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES, LLC, a Nevada Corporation; DOES 1 thru V, inclusive; ROE CORPORATIONS 1 thru V, inclusive,<br><br>Defendant. | Case No.:  2:16-cv-01246-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Adelina Hernandez ("Plaintiff") and Defendant Capital One Services II, LLC ("Defendant"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant that are contained in, reasonably related to or could have been brought in the above-captioned action are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

1 | Each party is to bear their own fees and costs.

2 | DATED this 7th day of June, 2017.  DATED this 7th day of June, 2017.

3 | LAW OFFICES OF STEVEN J. PARSONS  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

5 | /s/ *Andrew L. Rempfer*  /s/ *Erica J. Chee*

Andrew L. Rempfer
Nevada Bar No. 8628
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
*Attorneys for Plaintiff*
*Adelina Hernandez*

Anthony L. Martin
Nevada Bar No. 8177
Erica J. Chee
Nevada Bar No. 12238
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*
*Capital One Services II, LLC*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: June 8, 2017.

2